No. 92–7724. FERDIK *v.* SPECIAL PROGRAMS UNIT ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7725. GAINES *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 92–7742. BROWN-EL *v.* ALLEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–7749. GATES *v.* VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–7756. RICHMOND *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–7759. BIRKHOLZ *v.* MONTANA ET AL. Sup. Ct. Mont. Certiorari denied.

No. 92–7760. PHELPS *v.* LOCKHEED MISSILES & SPACE CO., INC. C. A. 9th Cir. Certiorari denied.

No. 92–7764. MYER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–7765. MEJIA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–7778. BIDDY *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–7779. MCDONALD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–7780. PEABODY *v.* CITY OF PHOENIX ET AL. Ct. App. Ariz. Certiorari denied.

No. 92–7781. TURNER *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.